Honorable Tana Lin

1

2

3

4

5

6    UNITED STATES DISTRICT COURT WESTERN DISCTRICT OF WASHINGTON AT

7                                        SEATTLE

8   PARKER TIKSON,                              No. 2:23-cv-01464-TL

9                          Plaintiff,          STIPULATION AND [~~PROPOSED~~]
                                                ORDER FOR EXTENSION OF TIME FOR
10                v.                            PARTIES TO FILE JOINT STATUS
                                                REPORT AND ADDITIONAL PLEADINGS
11   AMICA MUTUAL INSURANCE
     COMPANY, a Rhode Island corporation       NOTE ON MOTION CALENDAR: October
12   doing business in the state of Washington, 9, 2024

13                          Defendant.

14

15       WHEREAS, pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiff and Defendant stipulate to

16   extend the time for filing a Joint Status Report until October 31, 2024.  Counsel for Plaintiff and

17   Defendant have conferred regarding this request.  Good cause exists as explained below.

18       On April 8, 2024 this Court denied Defendant's motion to dismiss and stayed the

19   proceedings until the U.S. District Court for the Northern District of Illinois entered a decision

20   on Plaintiff's motion to dismiss Amica's declaratory judgment action.  That court dismissed the

21   case for lack of jurisdiction on September 25, 2024 and transferred Amica's case to this Court

22   on October 2.

23

24

STIPULATION AND [~~PROPOSED~~] ORDER FOR
EXTENSION OF TIME FOR PARTIES TO FILE
JOINT STATUS REPORT AND ADDITIONAL
PLEADINGS -1

STRITMATTER KESSLER
KOEHLER MOORE
3600 15th Ave W, Ste. 300
Seattle WA 98119
Tel: 206-448-1777
Fax: 206-728-2131

1    By filing on October 8, this Court issued a letter assigning the transferred case cause

2    number 2:24−cv−01628−DWC.  That case is a related case within the meaning of Local Rule 3.

3    Because this case has been stayed for several months and the parties have additional

4    counsel appearing who are new to the case, the parties require more time to prepare and confer

5    on a Joint Status Report.

6    Additionally, the parties are conferring as to issues of consolidation, whether amended

7    pleadings will be filed, and/or when responsive pleadings will be due in this action as well as

8    cause number 2:24−cv−01628−DWC.  The parties will file a motion as to these deadlines no

9    later than October 31, 2024.

10    Each side preserves all of their respective rights and positions, and both sides agree that

11    the execution of this stipulation shall not impact their respective rights and positions.

12    WHEREAS, parties have not requested previous extensions from this Court.  A proposed

13    order is submitted with this stipulation.

14    IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and

15    Defendant, by and through their counsel and subject to approval of this Court.

STIPULATION AND [~~PROPOSED~~] ORDER FOR
EXTENSION OF TIME FOR PARTIES TO FILE
JOINT STATUS REPORT AND ADDITIONAL
PLEADINGS -2

STRITMATTER KESSLER
KOEHLER MOORE
3600 15th Ave W, Ste. 300
Seattle WA 98119
Tel: 206-448-1777
Fax: 206-728-2131

1

2   DATED this _9th_ day of October, 2024.

3                                       **STRITMATTER KESSLER**
                                        **KOEHLER MOORE**
4

5                                       _____
                                        Brad J. Moore, WSBA No. 21802
6
                                        _____
7                                       Andew N. Ackley, WSBA #41752

8                                       _____
                                        Shannon M. Kilpatrick, WSBA #41495
9                                       3600 15th Avenue W., #300
                                        Seattle, WA 98119
10                                      Telephone: (206) 447-1777
                                        _Counsel for Plaintiff_
11
                                        **WATHEN | LEID | HALL | RIDER, P.C.**
12

13                                      _____
                                        Rory W. Leid, III, WSBA #25075
14

15                                      _____
                                        William L. Weber, III, WSBA #28867
16
                                        _____
17                                      Gabrielle E. Fillis, WSBA #61658
                                        _Attorneys for Amica_
18                                      222 Etruria Street
                                        Seattle, WA 98109-6243
19                                      Tel: (206) 622-0494 | Fax: (206) 587-2476
                                        rleid@wlhr.legal | gfillis@wlhr.legal
20

21

22

23

24

STIPULATION AND [~~PROPOSED~~] ORDER FOR
EXTENSION OF TIME FOR PARTIES TO FILE
JOINT STATUS REPORT AND ADDITIONAL
PLEADINGS -3

STRITMATTER KESSLER
KOEHLER MOORE
3600 15th Ave W, Ste. 300
Seattle WA 98119
Tel: 206-448-1777
Fax: 206-728-2131

1

## ~~PROPOSED~~ ORDER

2          Based upon the foregoing Stipulation, and the Court being fully advised in the premises,

3   NOW, THEREFORE,

4          IT IS HEREBY ORDERED that the deadline for Parties to file their Joint Status Report

5   is extended and is now due on or before October 31, 2024.  The Parties shall file a motion

6   regarding amended and/or responsive pleadings by October 31, 2024.

7                                      Dated this 9th  day of ___October___, 2024.

8

9          _____

10                                      The Honorable Tana Lin
                                        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND [~~PROPOSED~~] ORDER FOR
EXTENSION OF TIME FOR PARTIES TO FILE
JOINT STATUS REPORT AND ADDITIONAL
PLEADINGS -4

STRITMATTER KESSLER
KOEHLER MOORE
3600 15th Ave W, Ste. 300
Seattle WA 98119
Tel: 206-448-1777
Fax: 206-728-2131