1

2                                                            Honorable Tana Lin

3

4

5

6

7

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT
SEATTLE

8   PARKER TIKSON,                              No. 2:23-cv-01464-TL

9                        Plaintiff,             **STIPULATION AND ORDER TO
                                                CONSOLIDATE CASES**
10              v.
                                                ***(Clerk's Action Required)***
11  AMICA MUTUAL INSURANCE
    COMPANY, a Rhode Island corporation
12  doing business in the state of Washington,

13                       Defendant.

14

15          COMES NOW the above-named Plaintiff and Defendant and stipulate by and through

16  their undersigned attorneys of record to consolidate USDC Northern Illinois Court Case No.

17  23-cv-4365 into the instant action, USDC Western Washington Case No. 2:23-cv-01464-TL.

18  All further pleadings should be filed under USDC Western Washington Case No. 2:23-cv-

19  01464-TL under the above caption.

20          On October 3, 2024 the Northern Illinois court transferred Case No. 23-cv-4365 to this

21  court. The USDC Northern Illinois case is a declaratory action that has issues of law and fact in

22  common with this action. The cases involve the same parties and relate to the same insurance

23

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109-1659
(206) 622-0494/FAX (206) 587-2476

1   policy. For the purposes of judicial economy and consistency, the causes of action should

2   consolidated.

3

4

5

6       So stipulated on this  24th day of October, 2024 .

7                                   **WATHEN | LEID | HALL | RIDER, P.C.**

8

        s/William L. Weber III
9       William L. Weber, III, WSBA #28867

10      s/ Gabrielle E. Fillis
        Gabrielle E. Fillis, WSBA #61658
11      *Attorneys for Amica*
        222 Etruria Street
12      Seattle, WA 98109-6243
        Tel: (206) 622-0494 | Fax: (206) 587-2476
13      rleid@wlhr.legal  | gfillis@wlhr.legal

14      **STRITMATTER KESSLER**
        **KOEHLER MOORE**
15
        s/Brad J. Moore(per email authorization)
16      Brad J. Moore, WSBA No. 21802

17      s/Andrew N. Ackley (per email authorization)
        Andrew N. Ackley, WSBA #41752
18
        s/Shannon M. Kilpatrick (per email authorization
19      Shannon M. Kilpatrick, WSBA #41495
        3600 15th Avenue W., 300
20      Seattle, WA 98119
        Telephone: (206) 447-1777
21      *Counsel for Plaintiff*

22

23

No. 2:23-cv-01464-TL
STIPULATION AND ORDER TO CONSOLIDATE
CASES - 2

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON  98109-1659
(206) 622-0494/FAX (206) 587-2476

**ORDER**

Pursuant to the above Stipulation, the Court does hereby ORDER USDC Northern

Illinois Court Case No. 23-cv-4365 consolidated with this cause of action (No. 2:23-cv-01464-

TL) and the caption for this case remains as stated in the caption of this stipulation.

Dated: October 25th, 2024

_____
Honorable Tana Lin



Presented by:

**WATHEN | LEID | HALL | RIDER, P.C.**

s/William L. Weber III
William L. Weber, III, WSBA #28867

s/ Gabrielle E. Fillis
Gabrielle E. Fillis, WSBA #61658
*Attorneys for Amica*
222 Etruria Street
Seattle, WA 98109-6243
Tel: (206) 622-0494 | Fax: (206) 587-2476
rleid@wlhr.legal  | gfillis@wlhr.legal

No. 2:23-cv-01464-TL
STIPULATION AND ORDER TO CONSOLIDATE
CASES - 3

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON  98109-1659
(206) 622-0494/FAX (206) 587-2476

1

2

**STRITMATTER KESSLER
KOEHLER MOORE**

3

4

s/Brad J. Moore(per email authorization)
Brad J. Moore, WSBA No. 21802

5

s/Andrew N. Ackley (per email authorization)
Andrew N. Ackley, WSBA #41752

6

7

s/Shannon M. Kilpatrick (per email authorization
Shannon M. Kilpatrick, WSBA #41495
3600 15th Avenue W., 300

8

Seattle, WA 98119
Telephone: (206) 447-1777

9

*Counsel for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

No. 2:23-cv-01464-TL
STIPULATION AND ORDER TO CONSOLIDATE
CASES - 4

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109-1659
(206) 622-0494/FAX (206) 587-2476