UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARKER TIKSON,<br><br>      Plaintiff,<br> v.<br><br>AMICA MUTUAL INSURANCE COMPANY,<br><br>      Defendant. | CASE NO. 2:23-cv-01464-TL<br><br>ORDER CLARIFYING ORDER ON STIPULATED MOTION TO CONSOLIDATE |

  The Court clarifies its Order Granting the Parties' Stipulated Motion to Consolidate (Dkt. No. 29). In the Court's prior Order, pursuant to the Parties' stipulation (*see* Dkt. No. 28), it consolidated USDC Northern Illinois Court Case No. 23-cv-4365 into the instant action. Dkt. No. 29 at 3. USDC Northern Illinois Court Case No. 23-cv-4365 was previously transferred to

ORDER CLARIFYING ORDER ON STIPULATED MOTION TO CONSOLIDATE - 1

this district and assigned Case No. 2:24-cv-01628-DWC. *See* Dkt. No. 27 at 2. Accordingly, the Court CONSOLIDATES Case No. 2:24-cv-01628-DWC with this cause of action.

Dated this 29th day of October 2024.

Tana Lin
United States District Judge