UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PARKER TIKSON,<br><br>              Plaintiff,<br><br>   v.<br><br>AMICA MUTUAL INSURANCE COMPANY, a Rhode Island Corporation doing business in the State of Washington,<br><br>              Defendant. | No. 2:23-cv-01464-TL<br><br>**(PROPOSED) ORDER GRANTING STIPULATED MOTION FOR DISMISSAL**<br><br>**NOTE ON MOTION CALENDAR:**<br>**October 3, 2025** |

Pursuant to the parties' stipulation and the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims asserted in this action are DISMISSED with prejudice and without an award of costs or attorneys' fees to either party. The Clerk is respectfully directed to CLOSE this case.

DATED THIS 7th DAY OF October, 2025.

_____
The Honorable Tana Lin
United States District Court Judge

No. 2:23-cv-01464-TL
STIPULATION FOR ORDER OF DISMISSAL - 1

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109
(206) 622-0494/Fax (206) 587-2476

1

2

Approved by:                                               Presented by:

3  **STRITMATTER KESSLER**                                 **WATHEN LEID HALL & RIDER P.C.**
   **KOEHLER MOORE**
4
                                                           *s/ William L. Weber*
5  *s/ Brad J. Moore (via email approval)*                 William L. Weber, III, WSBA #28867
   Brad J. Moore, WSBA #21802                              Rory W. Leid, WSBA #25075
   Shannon Kilpatrick, WSBA #41495                         Gabrielle E. Fillis, WSBA #61658
6  Darcy Covert, WSBA #57137                               *Attorneys for Defendant Amica*
   *Attorneys for Plaintiff*                               222 Etruria Street,
7  3600 15th AVE W., Suite 300                             Seattle, WA 98109
   Seattle, WA 98119                                       P: (206) 622-0494 | Fax: (206) 586-2476
8  P : (206) 759-2686                                      wweber@wlhr.legal | rleid@wlhr.legal
   brad@stritmatter.com                                    gfillis@wlhr.legal
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

No. 2:23-cv-01464-TL                                       WATHEN | LEID | HALL | RIDER, P.C.
STIPULATION FOR ORDER OF DISMISSAL  - 2                    222 ETRURIA STREET
                                                           SEATTLE, WASHINGTON  98109
                                                           (206) 622-0494/FAX (206) 587-2476